UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-60025-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**TERRANCE SYLVAN SMALL**,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION ON
CHANGE OF PLEA [ECF NO. 47]**

THIS CAUSE came before the Court on Magistrate Judge Alicia O Valle's Report and Recommendation on Change of Plea, entered on May 2, 2024 [ECF No. 47].

THIS COURT has reviewed Judge Valle's Report and Recommendation and the pertinent portions of the record, including the Defendant's Notice of Non-Objection, filed on April 29, 2025 [ECF No. 48], and the United States of America's Notice of Non-Objection to Report and Recommendation on Change of Plea, filed on April 30, 2025 [ECF No. 49]. Being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Report **[ECF No. 47]** is **AFFIRMED AND ADOPTED**. Defendant, Terrance Sylvan Small's, change of plea is accepted, and Defendant is adjudicated guilty as to Count 2 of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 2nd day of May, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
    Magistrate Judge Alicia O. Valle